# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-0915
Lower Tribunal No. 2009-CF-021213

———————————————

MELVIN CASTELLON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

October 31, 2025

PER CURIAM.

AFFIRMED. *See King v. State*, 259 So. 3d 317 (Fla. 1st DCA 2018).

STARGEL, SMITH and BROWNLEE, JJ., concur.


Melvin Castellon, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED